Mitchell Stephens (11775)
Jordan Pate (17634)
**JAMES DODGE RUSSELL & STEPHENS, P.C.**
545 East 300 South
Salt Lake City, Utah 84102
Telephone: (801) 363-6363
Email: mstephens@jdrslaw.com
        jpate@jdrslaw.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| "LILY," "SARAH," "SLOANE," "VIOLET," "MARIA," "APRIL," "JULIE," and "ASTER," <br><br>         *Plaintiffs,* <br><br> vs. <br><br> ROBERT CHARLES LOWENHAUPT, <br><br>         *Defendant.* | DECLARATION OF SUSANNA L. SOUTHWORTH IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS <br><br> Case No. 2:26-cv-00460 |

SUSANNA L. SOUTHWORTH hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington and under 28 U.S.C. § 1746:

1.      I make this Declaration in support of Plaintiffs' motion to proceed in this matter using pseudonyms.

2.      Though not attorney of record herein, I, as co-owner and partner of Restore the

Child, PLLC, represent Plaintiffs "April" of the Aprilblonde series of child pornography, "Julie" of the JBN Flowers1 series of child pornography, and "Aster" of the Lexie series of child pornography in all other matters related to their status as a victim of child pornography offenses.

3.      I am an attorney licensed to practice law in the State of Washington since 2004. I am, and have been throughout this time been, in good standing with the Washington State Bar Association. I am fully competent to make this Declaration.

4.      I and Restore the Child have represented April and Julie since 2022, and Aster since 2025. In that regard, my office received notice from the United States Department of Justice that April, Julie, and Aster were victims of Defendant Lowenhaupt's child pornography offenses. In Mr. Lowenhaupt's criminal case, and in all other proceedings relative to their status as victims of child pornography crimes, the pseudonyms Aprilblonde series, JBNFlowers1 series, and Lexie series have been used to protect their anonymity. No court has yet ordered that these plaintiffs use their legal names in any court proceeding.

5.      Plaintiffs April, Julie, and Aster request permission to use a pseudonym herein in order to protect themselves from harassment, injury, ridicule, and personal embarrassment.

6.      April has suffered and continues to suffer from severe psychological harm resulting from the child pornography-related crimes of which she was a victim. Compounding this harm, April is currently being actively stalked online. Her professional profile is circulating within dark web offender forums, forcing her to keep her online presence effectively invisible. There are ongoing discussions within offender forums regarding her

DECLARATION OF SUSANNA L. SOUTHWORTH IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

whereabouts and personal safety. Consequently, April suffers from, among other things, anxiety, depression, and chronic post-traumatic stress disorder. She lives in daily fear of being recognized and identified as the individual in the child sexual abuse images on the internet. April believes, and I agree, that revealing her legal name to the public will put her in significant physical danger and additional psychological harm.

7.    Julie has suffered and continues to suffer from severe psychological harm resulting from the child pornography-related crimes of which she was a victim. She blames herself and feels shame and anger. Julie suffers from trauma and stressor disorder. She lives in daily fear of being recognized and identified as the individual in the child sexual abuse images on the internet. Julie believes, and I agree that revealing her legal name to the public will put her in significant physical danger and additional psychological harm.

8.    Aster has suffered and continues to suffer from severe psychological harm resulting from the child pornography-related crimes of which she was a victim. She retains clear and distressing memories of the abuse, including her abuser's documentation of the abuse on camera. The continued circulation of these images has left Aster with an ongoing fear of being located, profoundly undermining her sense of personal safety, autonomy, and control. Aster believes, and I agree that revealing her legal name to the public will put her in significant physical danger and additional psychological harm.

9.    In the course of my work representing victims of child sexual abuse material, I have connected with the Canadian Centre for Child Protection Inc. ("Canadian Centre") which operates Cybertip.ca, Canada's tipline for reporting the online exploitation of children, and

–3 of 5–
DECLARATION OF SUSANNA L. SOUTHWORTH IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

Project Arachnid, a web platform aimed at accelerating the removal of CSAM from the internet. The Canadian Centre is aware, through its operation of Cybertip.ca, that some members of the online offending community are interested in information about CSAM victims, including in an Encyclopedia of CSAM.

10.     I have been advised by employees of the Canadian Centre who work within the Cybertip.ca program that they have personally seen online posts where one or more individuals comment on a victim's current whereabouts or post other identifying information, and I have personally seen some of these online posts during my visit with the Canadian Centre in 2025. Examples of the information posted include a victim's real name and their pseudonym in the same forum comment, the school or university a victim attends, the name of a sports team to which a victim belongs, a victim's community involvement, or images involving a victim's friends or acquaintances. I have also been advised by these same employees and I witnessed during my 2025 visit that online postings of this nature tend to be found in dark web forums or within forums, chatrooms or platforms that permit users to remain anonymous. Based on the observations of the Canadian Centre and my own observations, offenders are actively seeking and sharing the personal information of CSAM victims on the web.

11.     April, Julie, and Aster live in daily fear of being recognized and identified as individuals in CSAM on the internet. They each believe, and I agree, that revealing their legal names to the public, in any court proceeding, will put them in significant physical danger and cause them severe psychological trauma. The Plaintiffs' use of pseudonyms is incredibly important for their safety given the high activity by offenders on the web to gather and share

DECLARATION OF SUSANNA L. SOUTHWORTH IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

personal information about CSAM victims.

DATED this 13th day of May, 2026 at Tacoma, Washington.

RESTORE THE CHILD, PLLC

*/s/ Susanna L. Southworth*
Susanna L. Southworth, PhD, JD
WSBA No. 35687
2522 N. Proctor St., Ste 85
Tacoma, WA 98406
(253) 392-4409; susanna@restorethechild.com

*Attorney for Plaintiffs April, Julie, and Aster*

DECLARATION OF SUSANNA L. SOUTHWORTH IN SUPPORT OF PLAINTIFFS'
MOTION TO PROCEED WITH PSEUDONYMS