Mitchell Stephens (11775)
Jordan Pate (17634)
**JAMES DODGE RUSSELL & STEPHENS, P.C.**
545 East 300 South
Salt Lake City, Utah 84102
Telephone: (801) 363-6363
Email: mstephens@jdrslaw.com
   jpate@jdrslaw.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| "LILY," "SARAH," "SLOANE," "VIOLET," "MARIA," "APRIL," "JULIE," and "ASTER," <br><br>       *Plaintiffs,* <br><br>  vs. <br><br> ROBERT CHARLES LOWENHAUPT, <br><br>       *Defendant.* | DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS <br><br> Case No. 2:26-cv-00460 |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington and under 28 U.S.C. § 1746:

1.      Though not of record in this matter, I represent the Plaintiffs "Lily," "Sarah," "Sloane," "Violet," and "Maria" (Hereinafter "Plaintiffs").  I make this Declaration in support of their motion to proceed in this matter using pseudonyms.  I am an attorney licensed to practice law in the State of Washington in 1978 and the State of Oregon in 2003.  I am, and have been throughout my licensure been, in good standing in both States.  I am admitted in multiple United States District Courts, Courts of Appeals, and the United States Supreme Court.

2.      Each of the plaintiffs herein is a victim of multiple child pornography offenses committed in multiple states around the country.  I have represented Lily since 2008, Sarah since 2014, Sloane since 2023, Violet since 2016 and Maria since 2021.  Over time, I have submitted on their behalf requests for restitution in federal criminal courts in many jurisdictions.  In each of these requests for each of these plaintiffs, a pseudonym has been used in order to protect their anonymity.  No court has yet ordered that any of these plaintiffs use her legal name in any court proceeding.

3.      Each of the Plaintiffs have their own story, but Lily's experiences are representative of those of the other plaintiffs.  In multiple communications with Lily, law enforcement involved with her original case, and from review of many court files of prosecutions involving her images, I have learned that when she was ten and eleven years old, Plaintiff was raped, sodomized, and forced to commit a myriad of sexual acts by her original

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

abuser.  He took video of his sexual abuse of her and traded the videos on the internet with other pedophiles.  He even scripted some of his abuse of Lily to conform to "orders" placed by other pedophiles.  Since this time, these videos have come to be known as the "Vicky" series of child pornography videos.  I am advised by law enforcement that her images are still among the most widely traded child pornography images on the internet, and indeed we receive multiple notifications of new cases from the Department of Justice each week.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Judgment entered in *United States v. Gregory Hoffman*, USDC Nev. No. 08-CR-00027.  Lily was a named victim in this case; the defendant pleaded guilty to stalking her and transporting the images of her sexual abuse as a child.  Among the evidence in the case were emails in which the Defendant Hoffman propositioned her and made lewd inquiries of her.  Lily has shown me emails that she has received from several other individuals as well, some with email "names" suggestive of pedophilia making inquiry about her abuse as a child.

5.      An unknown person has sent Sarah over the internet photos of herself being sexually abused.  Sarah was abused as a school-aged child and forced to endure sexual penetration and acts involving bestiality.  The images were produced to distribute and have been widely distributed.  Sarah lived for many years with cameras around the perimeter of her home lest any unknown person approach.  She has now left the country as she feels safer being as far away from the place where she was abused as possible.  Even this, however, has not relieved her of anxiety about the prospects of being found.

6.      As I have confirmed with law enforcement, Sloane and her mother have been

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

contacted directly by CSAM enthusiasts a number of times.  Offensive material, including sex toys, has been sent to their home.  Images of her own abuse have been sent to Sloane via the internet.

7.      As a part of my representation of these clients, I engage in a number of advocacy activities apart from litigation.  I also work to keep abreast of the emerging information developed by law enforcement and victim advocacy organizations relative to the spread and detection of child sex abuse material.

8.      One such victim advocacy organization I have met with multiple times over a number of years is the Canadian Centre for Child Protection Inc., based in Winnipeg, Manitoba, Canada  (C3P).  C3P is a non-governmental agency, registered as a charity in Canada, which focuses on child safety issues, particularly online child exploitation issues.  I have attended conferences at C3P in Winnipeg and communicated with the agency on various matters related to the safety of children online for a number of years.

9.      Among the many efforts which C3P has engaged in related to online child safety is Project Arachnid.  Using an online, victim centered tool which crawls in both the clear and dark web, Project Arachnid uses hash matching technology to search out known images of child sex abuse material (CSAM).  When such known CSAM is detected, a removal request is sent to the online provider believed to have the ability to remove the content or media from public view.  In the course of performing this work over the last several years, Project Arachnid has also been able to detect online publicly available (typically anonymous) communications between CSAM consumers.

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

10. In 2022, I attended a small, invitation only, conference at C3P headquarters which was organized to show professionals involved in online child safety efforts what the first five years of Project Arachnid had revealed. Among the information presented were findings indicating CSAM consumer particular "interest" in two of the Plaintiffs herein who are my clients. The presentation I personally viewed included excerpts of online communications concerning these Plaintiffs discussing their likely whereabouts and activities.

11. Among the findings from the five years of Project Arachnid data was the confirmation that trading of the images and videos of these Plaintiffs is still very active. Online publicly available discussions among anonymous CSAM consumers showed a current interest in these young women. Communications about these plaintiffs may include speculations on and the possibility of finding out their current whereabouts, appearance, vocations, college and university attended, and other aspects of their daily life. I have also been advised by employees of the Canadian Centre who work within the Cybertip.ca program that they have personally seen online posts where one or more individuals comment on a CSAM victim's current whereabouts or post other identifying information of a victim such as, the school or university a victim attends, the name of a sports team to which a victim belongs, a victim's community involvement, or images involving a victim's friends or acquaintances. I have also been advised by these same employees that online postings of this nature tend to be found in dark web forums or within forums, chatrooms or platforms that permit users to remain anonymous.

12. In 2023, 2024, and multiple times in 2025 in my work with the Canadian Centre

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS

I have again viewed and been apprised of online postings, apparently made by CSAM consumers, concerning the physical location, current activities, and appearance of two of my clients herein and also concerning a third plaintiff herein.

13.     Plaintiffs request permission to use pseudonyms herein to protect themselves from harassment, injury, ridicule, and personal embarrassment.

14.     Each of my clients herein has severe psychological injuries resulting from the child pornography related crimes of which they are victims.  Each suffers from hyper-vigilance and paranoia relative to the prospect of the consumers of the images of their sexual abuse seeking them out and attempting to sexually assault them.  Each lives in fear of this on a daily basis.

15.     Each believes, and I agree, that exposing their legal names to the public record puts them in physical danger.

DATED this 1st day of May, 2026, at Seattle, Washington.

CAROL L. HEPBURN, P.S.

By: /s/ Carol L. Hepburn
Carol L. Hepburn, WSBA No. 8732
PO Box 17718
Seattle, WA. 98127
(206)957-7272
(206)957-7273 fax
Attorney for Plaintiffs Lily, Sarah, Sloane, Violet
and Maria

–6 of 6–
DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED WITH PSEUDONYMS