THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| "LILY," "SARAH," "SLOANE," "VIOLET," "MARIA," "APRIL," "JULIE," and "ASTER,"<br><br>              Plaintiffs,<br><br>v.<br><br>ROBERT CHARLES LOWENHAUPT,<br><br>              Defendant. | ORDER RE MOTION TO PROCEED WITH PSEUDONYMS<br><br>Case No. 2:26-cv-460-HCN-DBP<br><br>Judge Howard C. Nielson, Jr<br><br>Magistrate Judge Dustin B. Pead |

Plaintiffs request leave to allow them to proceed in this case using pseudonyms.[1]

Plaintiffs bring claims against one of the criminal defendants who has been convicted of possessing their images.[2]

Lawsuits are public events, and the public has an interest in open judicial proceedings. Nonetheless, the Tenth Circuit has recognized that a

> plaintiff should be permitted to proceed anonymously … in those exceptional cases involving matters of a highly sensitive and personal nature, real danger of physical harm, or where the injury litigated against would be incurred as a result of the disclosure of the plaintiff's identity. The risk that a plaintiff may suffer some embarrassment is not enough.[3]

Here, the court has weighed the Plaintiffs' privacy and safety interests against the public's right of access and prejudice to the Defendant. The court finds the need for party anonymity outweighs the presumption of openness and prejudice to the Defendant is minimal

---

[1] ECF No. 2.

[2] Plaintiffs are the subjects of child pornography videos and images (child sex abuse material).

[3] *Femedeer v. Haun*, 227 F.3d 1244, 1246 (10th Cir. 2000) (quoting *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir.1992) (quotation marks omitted)).

given the nature of the case.[4] Based on the significant privacy interests at stake in this matter the public right to access is overcome by the highly sensitive and personal nature of the information in this case. Therefore, Plaintiffs' motion is GRANTED.

   IT IS SO ORDERED.

   DATED this 28 May 2026.

_____
Dustin B. Pead
United States Magistrate Judge

---

[4] *See Luo v. Wang*, 71 F.4th 1289, 1296 (10th Cir. 2023).