# RETURN OF SERVICE

UNITED STATES DISTRICT COURT

PROCESS:   SUMMONS IN A CIVIL ACTION/COMPLAINT

Civil Action No. 2:26-cv-00460

JURY DEMANDED

"LILY," "SARAH," "SLOANE," "VIOLET," "MARIA," "APRIL," "JULIE," and "ASTER,"    vs.    ROBERT CHARLES LOWENHAUPT

*Plaintiffs*                                     *Defendant*

I, E. Antonio Rios, being first duly sworn, deposes and says;

1. I am a resident of Salt Lake County, State of Utah, and citizen of the United States.
2. I am over the age of 18 years.
3. I am a disinterested third party, in the business of serving process, and not a party to this action.

I hereby certify and return that on 05/29/26 I received a copy of the attached SUMMONS IN A CIVIL ACTION/COMPLAINT and served a true & correct copy as follows:

On 05/29/26 at 1200 hrs., I served a copy of the attached SUMMONS IN A CIVIL ACTION/COMPLAINT on ROBERT CHARLES LOWENHAUPT, personally at his place of residence at 660 Eagle Ridge Drive, North Salt Lake, UT.

Date of this Report:        05/29/26

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5/29/2026
Date

Signature

Elliott L. R.
Printed name

DOCKET # 134

**James Dodge Russell & Stephens**
545 East 300 South
Salt Lake City, UT  84102
(801) 363-6363

A&A PROCESS SERVICE
7088 Como Lane
West Jordan, UT  84081
(801) 577-9393

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

¡ LILY,¡– ¡ SARAH,¡– ¡ SLOANE,¡– ¡
VIOLET,¡– ¡ MARIA,¡– ¡ APRIL,"¡ JULIE,¡–a
'ASTER,"

_____

*Plaintiff(s)*

v.

ROBERT CHARLES LOWENHAUPT,

_____

*Defendant(s)*

Print

Sign

Civil Action No. 2:26-cv-00460

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Charles Lowenhaupt
660 E. Eagle Ridge Drive
North Salt Lake, UT. 84054-2582
Davis County, Utah

Robert Charles Lowenhaupt

5/29/2026   Person   12:00
Date   Time

B/R

Sign

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MITCHELL STEPHENS (11775)
JORDAN PATE (17634)
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 EAST 300 SOUTH
SALT LAKE CITY, UT 84102
TELEPHONE: (801) 363-6363
EMAIL: MSTEPHENS@JDRSLAW.COM; JPATE@JDRSLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
CLERK OF COURT

Date:   5/21/2026   _____



_____
Signature of Clerk or Deputy Clerk